# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MICROSOFT CORPORATION,**

**Plaintiff,**

**vs.**                                                    **Case No.  8:00-cv-2000-T-17F**

**EVA   GASPAR   d/b/a   EVA   COMPUTER
SERVICE, EVA GASPAR, individually and
FRANK GASPAR, individually,**

**Defendants.**

_____/

## ORDER DIRECTING CLERK TO ISSUE WRITS OF GARNISHMENT

**THIS CAUSE** comes on for consideration of Plaintiff's Motion for Writs of Garnishment to SouthTrust Bank and SouthTrust Securities Corporation (Dkt. 19). The Court, having considered Plaintiff's Motion for Writs of Garnishment and being otherwise fully advised, **ORDERS** as follows:

Plaintiff's Motion for Writs of Garnishment to SouthTrust Bank and SouthTrust Securities Corporation (Dkt. 19) is **GRANTED.** The Clerk is directed to issue Writs of Garnishment to SouthTrust Bank and SouthTrust Securities Corporation.

**DONE and ORDERED** at Tampa, Florida this ___ day of June 2005.

Mary S. Scriven
United States Magistrate Judge

cc:     Judge Elizabeth Kovachevich
        Counsel of Record